United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 00-3004 September Term, 2000

United States of America,
 Appellee
 
 v.

Tony Angelo Mason,
 Appellant

 Before: Edwards, Chief Judge, Williams and Tatel, Circuit Judges.
 

 O R D E R 

 It is ORDERED, by the Court, sua sponte, that the Opinion for the Court filed by
Chief Judge Edwards on December 15, 2000, be, and hereby is, amended as follows:

 Page 6, line 3, delete the sentence:

 Mason's sentence represented a two-level reduction in the
 adjusted offense level pursuant to United States Sentencing
 Guideline  5K2.11, which permits a departure where a crime
 was committed "in order to avoid a perceived greater harm." 

 Insert in lieu thereof the sentence:

 Mason's sentence represented a two-level reduction in the
 adjusted offense level pursuant to United States Sentencing
 Guideline  5K2.0. 

 Per Curiam
 For the Court:
 Mark J. Langer, Clerk
Filed On: January 10, 2001